**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **TIMOTHY BURNS** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 4:14-cv-00714** |
| **vs.** | ) | |
| | ) | |
| **LVNV FUNDING, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ENTRY OF APPEARANCE

COME NOW Frankel, Rubin, Bond, Dubin, Siegel & Klein, P.C. and Mayer S. Klein,

and enter their appearance as counsel on behalf of Defendant, LVNV Funding, LLC.

Respectfully submitted,

FRANKEL, RUBIN, BOND, DUBIN,
SIEGEL & KLEIN, P.C.

By /s/ Mayer S. Klein_____
MAYER S. KLEIN, #MO32605
mklein@frankelrubin.com
Counsel for Defendant
231 South Bemiston Avenue, Suite 1111
Clayton, Missouri 63105
Telephone: (314) 725-8000
Facsimile: (314) 726-5837

1317-145/71159

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 13, 2014, a true copy of the foregoing was filed in the United States District Court for the Western District of Missouri, Western Division through the Court's electronic filing system to:

Terry L. Lawson, Jr.
Steven A. Shepherd
Lawson Law Center, LLC
700 East 8th Street, Suite 300
Kansas City, Missouri 64106
terry@llckc.com
steve@llckc.om
***Attorneys for Plaintiff***

**/s/**Mayer S. Klein
MAYER S. KLEIN
