IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY BURNS, | ) |
| Plaintiff, | ) Case No. 4:14-cv-00714 |
| vs. | ) |
| LVNV FUNDING, LLC | ) |
| Defendant. | ) |

**PROOF OF SERVICE OF NOTICE OF REMOVAL**

To:    Terry L. Lawson, Jr.
       Steven A. Shepherd
       Lawson Law Center, LLC
       700 East 8th Street, Suite 300
       Kansas City, Missouri 64106
       terry@llckc.com
       steve@llckc.com
       *Attorneys for Plaintiff*

YOU ARE HEREBY NOTIFIED that the case of *Timothy Burns v. LVNV Funding, LLC*, initiated by you in the Circuit Court of Jackson County, Missouri, Kansas City Division, on or about June 14, 2014, and assigned Case No. 1416-CV14437, has on this 13th day of August, 2014, been removed to the United States District Court for the Western District of Missouri. A copy of said Notice of Removal is attached hereto and hereby served upon you.

Date: August 13, 2014.

      Respectfully submitted,

      FRANKEL, RUBIN, BOND, DUBIN,
       SIEGEL & KLEIN, P.C.

      By/s/ Mayer S. Klein
      MAYER S. KLEIN, #MO32605
      mklein@frankelrubin.com
      Counsel for Defendant
      231 South Bemiston Avenue, Suite 1111
      Clayton, Missouri 63105
      Telephone: (314) 725-8000
      Facsimile: (314) 726-5837

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 13, 2014, a true copy of the foregoing was filed in the United States District Court for the Western District of Missouri, Western Division, through the Court's electronic filing system to:

Terry L. Lawson, Jr.
Steven A. Shepherd
Lawson Law Center, LLC
700 East 8th Street, Suite 300
Kansas City, Missouri 64106
terry@llckc.com
steve@llckc.om
*Attorneys for Plaintiff*

                                        **/s/**Mayer S. Klein
                                        MAYER S. KLEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY BURNS | ) |
| | ) |
| Plaintiff, | ) Case No. 4:14-cv-00714 |
| vs. | ) |
| LVNV FUNDING, LLC | ) |
| Defendant. | ) |

## DEFENDANT LVNV FUNDING, LLC'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. § 1446(a) and (b), the Defendant LVNV Funding, LLC. ("Defendant"), hereby removes this case to the United States District Court for the Western District of Missouri, Western Division, based on the following grounds:

### THE REMOVED ACTION

1. On or about June 17, 2014, Timothy Burns (hereinafter referred to as "Plaintiff") brought a civil action against Defendant in the 16th Judicial Circuit Court of Jackson County, Missouri.

### FEDERAL QUESTION

2. According to Plaintiff's Petition, this is an action, for alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*. and the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq* ("FCRA").

3. Under the FDCPA § 1692k (d) and FCRA § 1681 (p), this Court has original federal question subject matter jurisdiction of this action without regard to the amount in controversy. In addition, this action arises under the laws of the United States, specifically the FDCPA and the FCRA; therefore, this Court has subject matter jurisdiction under 28 U.S.C. §

1317-145/71158

1331. Accordingly, this action may be removed to this Court, as provided by 28 U.S.C. § 1441(a).

## THE VENUE REQUIREMENT IS SATISFIED

4. Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the State Court action is pending.

## THE REMOVAL IS TIMELY

5. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after Defendant's receipt of the initial pleadings setting forth the claim for relief upon which this action is based.

## PAPERS FROM REMOVED ACTION

6. Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" are copies of the following documents which are all the process, pleadings and orders received by Defendant in this action.

## FILING OF REMOVAL PAPERS

7. Under 28 U.S.C. § 1446(d), written notice of the removal of this action has been given simultaneously to Plaintiff's counsel, and a Notice to Clerk of removal has been simultaneously filed with the 16th Judicial Circuit Court of Jackson County, Missouri.

8. Upon receipt of this Notice, no further action shall be taken in the 16th Judicial Circuit Court of Jackson County, Missouri.

WHEREFORE, Defendant LVNV Funding, LLC, does hereby remove the above captioned action from the 16th Judicial Circuit Court of Jackson County, Missouri, and requests that further proceedings be conducted in this Court as provided by law.

Respectfully submitted this 13th day of August 2014.

                              FRANKEL, RUBIN, BOND, DUBIN,
                                  SIEGEL & KLEIN, P.C.

                              By:/s/ Mayer S. Klein
                              MAYER S. KLEIN, #MO32605
                              mklein@frankelrubin.com
                              Counsel for Defendant
                              231 South Bemiston Avenue, Suite 1111
                              Clayton, Missouri 63105
                              Telephone: (314) 725-8000
                              Facsimile: (314) 726-5837

## **CERTIFICATE OF SERVICE**

This is to certify that on August 13, 2014, I have filed electronically a copy of the within and foregoing Defendant's Notice of Removal in the United States District Court for the Western District of Missouri, Western Division through the Court's electronic filing system to:

Terry L. Lawson, Jr.
Steven A. Shepherd
Lawson Law Center, LLC
700 East 8th Street, Suite 300
Kansas City, Missouri 64106
terry@llckc.com
steve@llckc.om
*Attorneys for Plaintiff*

                              **/s/**Mayer S. Klein
                              MAYER S. KLEIN