IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY BURNS, | ) |
| Plaintiff, | ) Case No. 4:14-cv-00714 |
| vs. | ) |
| LVNV FUNDING, LLC | ) |
| Defendant. | ) |

### DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Western District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for LVNV Funding, LLC hereby gives notice to the following corporate interests are disclosed:

1. The parent companies of the Corporation:
   Sherman Originator, LLC

2. Subsidiaries not wholly owned by the Corporation:
   None

3. Any publicly held company that owns ten percent (10%) or more of the Corporation:
   None

Respectfully submitted,

FRANKEL, RUBIN, BOND, DUBIN,
   SIEGEL & KLEIN, P.C.

By/s/ Mayer S. Klein
MAYER S. KLEIN, #MO32605
mklein@frankelrubin.com
Counsel for Defendant
231 South Bemiston Avenue, Suite 1111
Clayton, Missouri 63105
Telephone: (314) 725-8000
Facsimile: (314) 726-5837

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on August 13, 2014, a true copy of the foregoing was filed in the United States District Court for the Western District of Missouri, Western Division through the Court's electronic filing system to:

Terry L. Lawson, Jr.
Steven A. Shepherd
Lawson Law Center, LLC
700 East 8th Street, Suite 300
Kansas City, Missouri 64106
terry@llckc.com
steve@llckc.om
***Attorneys for Plaintiff***

                                        **/s/**Mayer S. Klein
                                        MAYER S. KLEIN