UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY BURNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case 14-00714-CV-W-DW |
| | ) |
| LVNV FUNDING, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF PRETRIAL PROCEDURES

1. The parties shall meet to discuss settlement, make or arrange for the disclosures required by Federal Rule of Civil Procedure 26(a)(1) and develop a proposed discovery plan as required by Federal Rule of Civil Procedure 26(f). This meeting shall take place 14 days before the Proposed Scheduling Order is due. Discovery shall commence immediately thereafter.

2. The parties shall file a Proposed Scheduling Order by **November 13, 2014,** which must include the deadlines listed in Local Rule 16.1(f). Plaintiff's counsel, in accordance with Local Rule 16.1(d), shall take the lead in preparing the Proposed Scheduling Order.

3. Please Note: The deadlines in paragraphs one and two do not conform with those in Federal Rule of Civil Procedure 26(f) and Federal Rule of Civil Procedure 16.1. Both rules expressly permit the Court to make these modifications. In all other respects, Federal Rule of Civil Procedures 26(f) and 16.1 remain in effect.

4. Counsel are reminded that:
   (a) The filing of motions does not postpone discovery. Local Rule 26.1(b).
   (b) Extensions of discovery deadlines are governed by Local Rule 16.3.
   (c) The form of answers to certain discovery requests is provided in Local Rule 26.2.
   (d) Local Rule 37.1(h) governs discovery disputes.
   (e) **Counsel must indicate whether the case will be tried to the court or jury, when the parties will be ready for trial, and the estimated length of the trial**.

DATED: August 13, 2014           /s/ DEAN WHIPPLE
                                 UNITED STATES DISTRICT JUDGE